UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

REZA YAGHOUBI YEGANEH,

    Petitioner,

v.                                                                                    No. 1:25-CV-121-H

WARDEN, BLUEBONNET DETENTION
FACILITY, et al.,

    Respondents.

## SHOW-CAUSE ORDER

Before the Court is the petitioner's petition for a writ of habeas corpus. Dkt. No. 1. Pursuant to 28 U.S.C. § 2243, the Court enters this "order directing the respondent[s] to show cause why the writ should not be granted." The Court finds good cause to give the respondents 20 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ should not be granted by no later than August 12, 2025. The petitioner may file a reply to the respondents' answer by no later than August 26, 2025. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on July 24, 2025, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's habeas petition (Dkt. No. 1). The respondents' notice should also address what notice, if any, the respondents will give the petitioner's counsel prior to moving the petitioner outside of the Northern District of Texas.

Service of this Order, as well as the petition (Dkt. No. 1) and its attachments shall be made by the petitioner on the Acting United States Attorney for the Northern District of Texas, Nancy Larson, by 5:00 p.m. CT on July 23, 2025, which shall constitute good and sufficient service on the respondents.

So ordered on July 22, 2025.

                                                            JAMES WESLEY HENDRIX
                                                            UNITED STATES DISTRICT JUDGE