UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| REZA YAGHOUBI YEGANEH,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN, BLUEBONNET DETENTION FACILITY, et al.,<br><br>    Respondents. | No. 1:25-CV-121-H |

**ORDER**

Before the Court is the petitioner's petition for a writ of habeas corpus. Dkt. No. 1. When the respondents filed their reply, they noted that they had submitted travel documents for the petitioner. *See* Dkt. Nos. 7 at 7; 8 at 7. In the petitioner's reply brief, he states that Iran denied the request for travel documents on August 25, 2026. *See* Dkt. Nos. 9 at 7; 9-3. "[W]hen a party raises new arguments or evidence for the first time in a reply, the district court must either give the other party an opportunity to respond or decline to rely on the new arguments and evidence." *Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corp.*, 99 F.4th 770, 774 (5th Cir. 2024). The Court therefore orders the respondents to file a sur-reply to the petitioner's reply (Dkt. No. 9) by no later than September 5, 2025.

    So ordered on August 26, 2025.

                                                      JAMES WESLEY HENDRIX
                                                      UNITED STATES DISTRICT JUDGE