UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| REZA YAGHOUBI YEGANEH,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN, BLUEBONNET DETENTION FACILITY, et al.,<br><br>    Respondents. | No. 1:25-CV-121-H |

### ORDER

Before the Court is the petitioner's petition for a writ of habeas corpus. Dkt. No. 1. In their response, the respondents noted that they requested travel documents to authorize the petitioner's removal to Iran. Dkt. No. 7 at 7. The respondents have since notified the Court that Iran denied the request for travel documents. Dkt. No. 14. Even so, the respondents still maintain that there is a substantial likelihood that the petitioner will be removed in the reasonably foreseeable future because of the "possibility of a third-country removal." *Id.* at 1; *see Zadvydas v. Davis*, 533 U.S. 678, 699–701 (2001). The respondents do not explain, however, what steps they have taken or are going to take to facilitate the petitioner's removal to a third country. *See* Dkt. No. 14.

The Court therefore orders the respondents to file a response detailing their third-country removal efforts by no later than October 1, 2025. The petitioner may file a reply to the response by no later than October 8, 2025.

So ordered on September 17, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE