UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

REZA YAGHOUBI YEGANEH,

    Petitioner,

v.                                               No. 1:25-CV-121-H

WARDEN, BLUEBONNET DETENTION
FACILITY, et al.,

    Respondents.

## FINAL JUDGMENT

For the reasons stated in the Court's Order, Dkt. No. 21, it is hereby ordered, adjudged, and decreed that the petition for a writ of habeas corpus (Dkt. No. 1) is granted.

The Clerk of Court is directed to close the case.

So ordered on December 18, 2025.

                                                        _____
                                                        JAMES WESLEY HENDRIX
                                                        UNITED STATES DISTRICT JUDGE